PROB.22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
1:95CR00056-001

DOCKET NUMBER (Rec. Court)

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **Omil Arroyo**<br>**6766 Timberhill Drive**<br>**San Antonio, Texas 78238** | Rhode Island | Providence |
| | NAME OF SENTENCING JUDGE<br>Honorable Francis J. Boyle<br>Senior U.S. District Judge | |
| | DATES OF PROBATION / SUPERVISED RELEASE | FROM: June 16, 2006 — TO: June 15, 2011 |

OFFENSE

Count 1: Possession with intent to distribute cocaine base
Count 2: Possession with intent to distribute cocaine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **WESTERN DISTRICT OF TEXAS** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

1/4/07 — Ernest C Torres

*Date* — *Honorable Ernest C. Torres*
*Senior U.S. District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **WESTERN DISTRICT OF TEXAS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

0/12/07 — Royal Furgeson

*Date* — *United States District Judge*